UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:15-cr-00221 (AVC) |
| TIMOTHY ALLEN | : | June 11, 2016 |

## DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

Defendant moves, pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, to suppress all evidence obtained from the searches identified in the accompanying memorandum, including all physical and electronic materials obtained as a result of such searches and any statements by the defendant.

Respectfully submitted,

THE DEFENDANT,
Timothy Allen

OFFICE OF THE FEDERAL DEFENDER

Dated: June 11, 2016

/s/ James P. Maguire
James P. Maguire
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29355
Email: James_Maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ James P. Maguire
James P. Maguire