UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:15-cr-00221 (AVC) |
| TIMOTHY ALLEN | : | June 11, 2016 |

**MOTION FOR PERMISSION TO FILE UNDER SE**

Defendant respectfully requests permission pursuant to Local Rule 57 for leave to file the accompanying memorandum in support of his motion to suppress evidence under seal. The memorandum extensively references material provided by the Government pursuant to the Protective Order entered in this case. *See* DE #22. Pursuant to ¶ 6 of the Protective Order, Defendant consequently moves to file the memorandum and accompanying exhibits under seal. Additionally, the memorandum identifies the contents of the complaint in this matter, DE #1, which remains under seal.

In light of the public disclosure in other venues of the materials contained in this memorandum, Defendant does not submit that continued sealing of these materials is warranted. Should this motion to seal be granted, Defendant reserves the right to file a motion to unseal these materials as well as the complaint in this matter.

                                    Respectfully submitted,

                                    THE DEFENDANT,
                                    Timothy Allen

                                    OFFICE OF THE FEDERAL DEFENDER

Dated: June 11, 2016                /s/ James P. Maguire
                                    James P. Maguire
                                    Assistant Federal Defender
                                    265 Church Street, Suite 702
                                    New Haven, CT 06510
                                    Phone: (203) 498-4200
                                    Bar No.: ct29355
                                    Email: James_Maguire@fd.org

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 11, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              s/ James P. Maguire
                                              James P. Maguire